UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America

        v.                             Case No. 99-cr-94-03-SM

Shakira Fuchu


O R D E R

    Defendant's assented-to motion to continue the trial (document no. 104) is granted. Trial has been rescheduled for the May 2007 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than February 27, 2007. On the filing of such waiver, her continuance shall be effective.

    The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.


    Final Pretrial Conference:   April 23, 2007 at 3:30 PM

    Jury Selection:              May 1, 2007 at 9:30 AM

SO ORDERED.

February 16, 2007

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

cc:   Mark Irish, Esq.
      Michael MacDonald, Esq.
      William J. Kobuszewski, Esq.
      U. S. Probation
      U. S. Marshal